EDWARD BRAUTIGAM, RESPONDENT, v. DEAN & COMPANY, APPELLANT.

Argued June 25, 1914—Decided November 16, 1914.

On appeal from the Supreme Court, whose opinion is reported in 85 *N. J. L.* 549.

For the appellant, *Osborne & Astley* and *Monroe Wheeler* (of the New York bar).

For the respondent, *Charles C. Kelly* and *Theodore Rurode.*

PER CURIAM.

We agree with the Supreme Court that it was error to nonsuit the plaintiff, but we do not agree that upon the case made at the trial the plaintiff was entitled to recover the $10,000 he had invested in the capital stock of a corporation. How the failure of a corporation to live up to its contracts can undo a stock-buying transaction, which is a statutory matter, is not at all clear, and to avoid any misapprehension, we wish it understood that no such matter is decided by us.

The judgment of the Supreme Court is affirmed.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDENBURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.